1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Faith Gay (*Pro Hac Vice* Appl. Pending)
2    faithgay@quinnemanuel.com
     Marc Greenwald (Bar No. 176072)
3    marcgreenwald@quinnemanuel.com
     R. Corey Worcester (*Pro Hac Vice* Appl. Pending)
4    coreyworcester@quinnemanuel.com
     Julia Beskin (*Pro Hac Vice* Appl. To Be Filed)
5    juliabeskin@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
6  New York, New York  10010-1601
   Telephone:     (212) 849-7000
7  Facsimile:     (212) 849-7100

8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Patrick Doolittle (Bar No. 203659)
9    patrickdoolittle@quinnemanuel.com
   50 California Street, 22nd Floor
10 San Francisco, California 94111
   Telephone:     (415) 875-6600
11 Facsimile:     (415) 875-6700

12 *Attorneys for Defendants*

13                  **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| TY RAYNER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION and E*TRADE SECURITIES LLC,<br><br>Defendant. | CASE No.:  15-cv-01384-RMW<br><br>**STIPULATION AND [] ORDER TO STAY ACTION**<br><br>**CLASS ACTION** |

Plaintiff Ty Rayner, on behalf of himself and others similarly situated ("Plaintiff") and Defendants E*TRADE Financial Corporation and E*TRADE Securities LLC ("Defendants," together with Plaintiff, "the Parties"), by and through their counsel, enter into the following stipulation to stay this action:

WHEREAS, Plaintiff filed his Complaint on March 25, 2015; and

WHEREAS, the following cases (which were brought by different plaintiffs against different defendants than the Parties) contain allegations with respect to payment for order flow:

*Zola v. TD Ameritrade, Inc.*, D. Neb., 8:14-cv-288; *Verdieck v. TD Ameritrade, Inc.*, D. Neb.,

1  8:14-cv-289; *Lerner v. TD Ameritrade, Inc*., D. Neb., 8:14-cv-325; *Sarbacker v. TD Ameritrade*

2  *Holding Corporation*; D. Neb., 8:14-cv-341*; Lewis v. Scottrade, Inc.,* S.D. Cal. 3:14-cv-02926

3  (collectively, the "PFOF Actions"); and

4      WHEREAS, motions to dismiss are pending in each of the PFOF Actions; and

5      WHEREAS, neither Party will be prejudiced by a stay pending resolution of the motions to

6  dismiss in the PFOF Actions:

7      IT IS HEREBY STIPULATED that this action shall be stayed until decisions on the

8  motions to dismiss are entered in each of the PFOF Actions.  Defendants need not answer or

9  otherwise respond to the Complaint during the pendency of the motions to dismiss in the PFOF

10 Actions.  Defendants will have 20 days to answer or otherwise respond to Plaintiff's Complaint

11 following the issuance of decisions on the motions to dismiss in the PFOF Actions.  The Parties

12 shall jointly advise the Court of the issuance of decisions on the motions to dismiss in the PFOF

13 Actions within 5 days of the written decisions.

14     In light of the foregoing, the parties respectfully request that the Case Management

15 Conference currently set for July 14, 2015, be vacated until the stay is lifted.

16     DATED: April 16, 2015

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By: */s/ Timothy G. Blood*
TIMOTHY G. BLOOD
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
Fax: 619/338-1101
tblood@bholaw.com
toreardon@bholaw.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
KEVIN A. SEELY (199982)
ASHLEY P. PALMER (246602)
LEONID KANDINOV (279650)
600 B Street, Suite 1900
San Diego, CA 92101
Tel: 619/525-3990
Fax: 619/525-3991
brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
apalmer@robbinsarroyo.com

1  lkandinov@robbinsarroyo.com

2  LANDAY ROBERTS LLP
   JOHN K. LANDAY (257573)
3  MALCOLM B. ROBERTS (242431)
   450 J. Street, Unit 5291
4  San Diego, CA 92101
   Tel: 805/305-3384
5  jlanday@landayroberts.com
   mroberts@landayroberts.com
6
   *Attorneys for Plaintiff*
7
   QUINN EMANUEL URQUHART
8  & SULLIVAN

9  By: */s/ Patrick Doolittle*
   Faith Gay (*Pro Hac Vice* Appl. Pending)
10 faithgay@quinnemanuel.com
   Marc Greenwald (Bar No. 176072)
11 marcgreenwald@quinnemanuel.com
   R. Corey Worcester (*Pro Hac Vice* Appl. Pending)
12 coreyworcester@quinnemanuel.com
   Julia Beskin (*Pro Hac Vice* Appl. To Be Filed)
13 juliabeskin@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
14 New York, New York  10010-1601
   Tel.:  (212) 849-7000
15 Fax:  (212) 849-7100

16 Patrick Doolittle (Bar No. 203659)
   patrickdoolittle@quinnemanuel.com
17 50 California Street, 22nd Floor
   San Francisco, California 94111
18 Tel.:  (415) 875-6600
   Fax:  (415) 875-6700
19
   *Attorneys for Defendants*
20
   **[Proposed] Order**
21
   Pursuant to the foregoing stipulation between the parties, **IT IS SO ORDERED.**
22
   Dated: ˝˝

23
   *(signature)* Ronald M. Whyte
24 Ronald M. Whyte
   United States District Judge
25

26

27

28

-3-
STIPULATION AND [] ORDER TO STAY ACTION